01

02

03

04

05

06              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON
07                      AT SEATTLE

08  UNITED STATES OF AMERICA,          )
                                       )   CASE NO. MJ 12-186
09          Plaintiff,                 )
                                       )
10          v.                         )
                                       )   DETENTION ORDER
11  BRAD KEITH LEE,                    )
                                       )
12          Defendant.                 )
    _____)

13

14  Offense charged:      Supervised Release Violation

15  Date of Detention Hearing:    April 13, 2012.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22          1.      Defendant comes before this Court pursuant to an arrest warrant issued by the

DETENTION ORDER
PAGE -1

01    Central District of California for alleged violation of the conditions of supervised release,

02    CD/CA Docket No. CR08-176, CR08-177.   Defendant is alleged to have failed to report to the

03    probation office as directed, failed to submit monthly reports, and failed to notify his probation

04    officer of a change in residence.   He is alleged to have absconded from supervision.

05        2.      Defendant does not request an identity hearing, and does not contest entry of an

06    order of detention by this Court.   He wishes to reserve the right to request release after transfer

07    to the charging District.

08        3.      There does not appear to be any condition or combination of conditions that will

09    reasonably assure the defendant's appearance at future Court hearings while addressing the

10    danger to other persons or the community.

11    It is therefore ORDERED:

12      1.  Defendant shall be detained pending transfer and hearing, and committed to the custody

13         of the Attorney General for confinement in a correction facility.

14      2.  Defendant shall be afforded reasonable opportunity for private consultation with

15         counsel;

16      3.  On order of the United States or on request of an attorney for the Government, the

17         person in charge of the corrections facility in which defendant is confined shall deliver

18         the defendant to a United States Marshal for the purpose of an appearance in connection

19         with a court proceeding; and

20      4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

21         for the defendant, to the United States Marshal, and to the United State Pretrial Services

22         Officer.

01       DATED this <u>13th</u> day of April, 2012.

03                                   _____

Mary Alice Theiler
United States Magistrate Judge